IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA M. FEATHERSTON                                                                PLAINTIFF
ADC #154947

v.                           No: 4:21-cv-00956 BRW-PSH

JAMES DYCUS, *et al.*                                                                DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 156). No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommendation in all respects.

Accordingly, Featherston's motion for summary judgment (Doc. No. 99) is DENIED; Defendants' motion for summary judgment (Doc. No. 102) is GRANTED; and Featherston's complaint is dismissed with prejudice.

IT IS SO ORDERED this  25th day of July, 2023.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE